SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

*Attorneys for Plaintiffs*

[Additional Counsel Appear on Signature Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARAS BODNARCZUK, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) **CIVIL ACTION NO. C07-05840** ) ) |
| vs. | ) **NOTICE OF VOLUNTARY** ) **DISMISSAL WITHOUT** ) **PREJUDICE** |
| MICRUS ENDOVASCULAR CORPORATION, JOHN T. KILCOYNE, and ROBERT A. STERN, | ) ) ) |
| Defendants. | ) ) |

Notice of Voluntary Dismissal Without Prejudice

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Taras Bodnarczuk hereby voluntarily dismisses the above-entitled action without prejudice.

Dated: December 3, 2007

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP

*[signature]*

Alan R. Plutzik, Of Counsel (Bar No. 077785)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

- and -

Richard A. Maniskas, Esq.
D. Seamus Kaskela, Esq.
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056