1  SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
   Alan R. Plutzik, Of Counsel (Bar No. 077785)
2  L. Timothy Fisher, Of Counsel (Bar No. 191626)
   2125 Oak Grove Road, Suite 120
3  Walnut Creek, CA 94598
4  Telephone: (925) 945-0770
   Facsimile: (925) 945-8792
5
   *Attorneys for Plaintiffs*
6
7  [Additional Counsel Appear on Signature Page]

8                  **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TARAS BODNARCZUK, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
|  | ) **CIVIL ACTION NO. C07-05840** |
| Plaintiff, | ) ) |
| vs. | ) **NOTICE OF VOLUNTARY** ) **DISMISSAL WITHOUT** ) **PREJUDICE** |
| MICRUS ENDOVASCULAR CORPORATION, JOHN T. KILCOYNE, and ROBERT A, STERN, | ) ) ) |
| Defendants. | ) |

Notice of Voluntary Dismissal Without Prejudice

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Taras Bodnarczuk hereby voluntarily dismisses the above-entitled action without prejudice.

Dated: December 3, 2007    SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP

_____
Alan R. Plutzik, Of Counsel (Bar No. 077785)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

- and -

Richard A. Maniskas, Esq.
D. Seamus Kaskela, Esq.
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056



IT IS SO ORDERED
Judge Samuel Conti

Notice of Voluntary Dismissal Without Prejudice    1